UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF
RONALD SIDNEY HALEY, JR.
LA Bar Roll No. 30900

MISCELLANEOUS

NO. 21-215

### ORDER

Considering counsel's conduct in the matters of *Williams v. LHSAA*, Civil Action No. 24-61-SDD-EWD, and *United States v. Bradley*, Criminal Action No. 23-71-SDD-EWD:

**IT IS ORDERED** that Ronald Sidney Haley, Jr. shall show cause on **August 22, 2024 at 10:00 a.m., in Courtroom 3**, why he should not be sanctioned pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Local Rules for the Middle District of Louisiana, and the Louisiana Rules of Professional Conduct.

Baton Rouge, Louisiana this 30 day of July, 2024.

SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA