# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 22, 2024
CHIEF DISTRICT JUDGE SHELLY D. DICK

**IN THE MATTER OF**                                                                  **MISC. ACTION**

**RONALD HALEY, JR.**                                                              **21-215-UNA**

This matter came on this day for a show cause hearing why Ronald Sidney Haley, Jr. should not be sanctioned pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Local Rules for the Middle District of Louisiana, and the Louisiana Rules of Professional Conduct.

    **PRESENT:**   Joseph Jerome Long, Esq.
                          Counsel for Ronald Sidney Haley, Jr.

The Court grants Mr. Haley's oral motion to enroll Mr. Long to represent him in this matter.

The Court gives history of the events in the matters of *Williams v. LHSAA*, Civil Action No. 24-61-SDD-EWD, and *United States v. Bradley*, Criminal Action No. 23-71-SDD-EWD.

The Court took the matter of monetary sanctions under advisement and will issue an order at a later date.

This matter is referred for an *En Banc* hearing to determine whether Mr. Haley should be suspended from practicing in the Middle District. Further, this matter is referred to the Office for Disciplinary Counsel for review.

Exhibits Email Chain 1 and 2 are filed into the record.

* * * * *

S. Thompson/Reporter
CV 34b; T-30 mins.